**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 <br> Case No. 1:23-md-3089-BMC |
| This document relates to: | **NOTICE OF APPEARANCE OF CHRISTOPHER YOUNG** |
| *Pack v. Johnson & Johnson, Consumer Companies, Inc. et al.,* No. 1:23-cv-09057 | |
| *Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc. et al.,* No. 1:23-cv-09277 | |
| *Kleiman v. Bayer HealthCare LLC,* No. 1:23-cv-09287 | |
| *Heaghney v. Johnson & Johnson et al.,* No. 1:23-cv-09282 | |
| *Parker v. Rite Aid et al.,* No. 1:23-cv-09311 | |
| *Means v. Johnson & Johnson Holdco et al.,* No. 1:23-cv-09276 | |
| *Kasparie and James v. Bayer Healthcare LLC,* No. 1:23-cv-09312 | |
| *Thomas & Woods v. Kenvue, Inc. et al.,* No. 1:23-cv-09303 | |
| *Murdock et al. v. RB Health (US), LLC et al.,* No. 1:23-cv-09279 | |
| *McPhee & Vorise v. Johnson & Johnson Consumer Companies, Inc.,* No. 1:23-cv-09262 | |
| *Chavez v. Johnson & Johnson et al.,* No. 1:23-cv-09304 | |
| *Adkins v. Reckitt Benckiser et al.,* No. 1:23-cv-09291 | |

*Sanes, et al. v. Bayer HealthCare LLC,* No. 1:23-cv-09295

*Jones v. Bayer Corporation et al.,* No. 1:23-cv-09297

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that the undersigned counsel, Christopher Young, of DLA Piper LLP (US), is admitted to practice *Pro Hac Vice* in this Court and has no disciplinary matters pending, and hereby enters his appearance in these cases as counsel for Defendant Bayer HealthCare LLC, as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

Dated: February 8, 2024.

**DLA PIPER LLP (US)**

By: /s/ *Christopher Young*
Christopher Young (*Admitted Pro Hac Vice*)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748
christopher.young@us.dlapiper.com
*Attorney for Bayer HealthCare, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: /s/ *Christopher Young*
Christopher Young