## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*,<br><br>No. 1:23-cv-09282-BMC (E.D.N.Y) | **NOTICE OF APPEARANCE OF MICHAEL KLEBANOV** |

PLEASE TAKE NOTICE that the undersigned counsel, Michael Klebanov, of Husch Blackwell LLP, is admitted to practice in this Court and has no disciplinary mattes pending, and hereby enters his appearance in these cases as counsel for Defendant Dierbergs Markets, Inc., as well as in the above-referenced MDL proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

Respectfully submitted,

Dated: February 8, 2024    By: /s/ *Michael Klebanov*
    Michael Klebanov
    HUSCH BLACKWELL LLP
    1801 Pennsylvania Avenue, NW, Suite 1000
    Washington, DC 20006-3606
    michael.klebanov@huschblackwell.com
    Telephone: (202) 378-2363

    **ATTORNEY FOR DEFENDANT
    DIERBERGS MARKETS, INC.**

HB: 4872-0847-9907.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: /s/ *Michael Klebanov*
Michael Klebanov