UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Civil Action No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO: | **NOTICE OF APPEARANCE OF JENNIFER J. NAGLE** |
| *Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09057-BMC (E.D.N.Y.) | |
| *McPhee, et al. v Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09262-BMC (E.D.N.Y.) | |
| *Means v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.) | |
| *Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.) | |
| *Chavez v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09304-BMC (E.D.N.Y.) | |

PLEASE TAKE NOTICE that the undersigned counsel, Jennifer J. Nagle, of K&L Gates LLP, is admitted to practice *pro hac vice* in this Court, is a member in good standing of the bars of the Commonwealth of Massachusetts and the State of New Jersey, and has no disciplinary matters pending against her, and hereby enters her appearance in the above-captioned cases as counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC, as well as in the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon her at the e-mail address below.

Dated:  February 9, 2024                           Respectfully submitted,


                                                   */s/ Jennifer J. Nagle*
                                                   Jennifer J. Nagle
                                                   K&L GATES LLP
                                                   1 Congress Street
                                                   Suite 2900
                                                   Boston, MA 02114
                                                   Tel:    (617) 261-3100
                                                   Fax:   (617) 261-3175
                                                   Email: jennifer.nagle@klgates.com

                                                   *Attorney for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 9, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF filing system and the Notice of Electronic Filing generated thereby.

                                                    */s/ Jennifer J. Nagle*
                                                    Jennifer J. Nagle